Taylor, Chief-Justice.
 

 T do not know upon what principle the declarations of the wife, made at the witness’s house, are admissible in evidence. They could be so only on the ground of their being dying declarations ; but it no where appears from the case, that she bad then received the fatal wound. Independently of this ground, which cannot be assumed, her sayings touching the insanity of her husband, are not proper evidence, whether they were favorable, or otherwise to him. If material to the defence, it should be shewn by other evidence.
 

 But this case is made up so unsatisfactorily, that it is difficult to collect from it what we are called upon to decide. For this reason alone, I am disposed to grant a new trial.
 

 Per Curiam. — Judgment reversed, and rule for a new trial made absolute.